IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY CARSON,

Petitioner,

v.

STUART HUDSON, Warden,

Respondent.

CASE NO. 2:07-cv-00375
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

OPINION AND ORDER

On January 5, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were specifically advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and petitioner was granted an extension of time to file objections to the Magistrate Judge's *Report and Recommendation*, *see* Doc. No. 49, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

2-24-2009

EDMUND A. SARGUS, JR.
United States District Judge