AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RODNEY CARSON,**

    **Petitioner,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**STUART HUDSON, Warden,**        **CASE NO. C2-07-0375**
                                      **JUDGE EDMUND A. SARGUS, JR.**
        **Respondent.**                 **MAGISTRATE JUDGE MARK R. ABEL**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed February 25, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 25, 2009                            JAMES BONINI, CLERK

                                                                  */S/ Andy F. Quisumbing*
                                                                    (By) Andy F. Quisumbing
                                                                    Courtroom Deputy Clerk