AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RODNEY CARSON,**

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO. C2-07-0375

**STUART HUDSON, Warden,**

JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

        **Respondent.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed April 14, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 14, 2009          JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk